**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL LEVITT, et al<br><br>           Plaintiff,<br>v.<br><br>THE STATE OF NEW JERSEY, et al<br>           Defendants. | Civil Action No.<br><br>2:19-cv-16502-SDW-SCM<br><br>**SUPPLEMENTAL SCHEDULING ORDER** |

      **IT IS** on this Tuesday, April 14, 2020 ordered that the Scheduling Order is hereby supplemented as follows:

1. A telephone conference is scheduled with Judge Mannion on 7/9/2020 at 10:00 AM. Defendant(s)' counsel is to initiate the call. Eight days before that date, counsel shall file a joint agenda letter (up to 3 pages) itemizing the issues, if any, to be discussed at the upcoming conference.

2. Fact discovery is to remain open through 11/30/2020. Discovery should be produced on a rolling basis. All fact witness depositions must be completed by the close of fact discovery. No fact discovery is to be issued or engaged in beyond that date, except upon application to the Court and for good cause shown.

3. The parties have a continuing obligation to supplement and amend their initial disclosures. The names and subject of expected testimony of all affirmative expert witnesses shall be delivered no later than 30 days before the end of fact discovery. The names and subject of expected testimony of all responding expert witnesses shall be delivered no later than 10 days after the date due for the affirmative expert report(s), provided such report(s) have been served.

    a. All affirmative expert reports shall be delivered by 12/4/2020**.**

    b. All responding expert reports shall be delivered by 1/22/2021.

    c. Deposition of expert(s) to be completed within 30 days of receiving their respective reports.

4. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS ENTERED BY THIS COURT MAY**

**RESULT IN SANCTIONS. See Fed.R.Civ.P. 16(f) and 37.**



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

4/14/2020 9:24:31 AM

Original: Clerk of the Court
Hon. Susan D. Wigenton, U.S.D.J.
cc: All parties
    File